1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **SOUTHERN DISTRICT OF CALIFORNIA**

7

8

9

10   2150 SIGOURNEY JOSSIAH-FRANCISS)        Civil No. 07cv1576 J (WMc)
     LEE ASSOCIATION, SUING ON BEHALF)
     OF THEODORE A. PINNOCK AND ITS)
11   MEMBERS; and    THEODORE    A.)        **ORDER GRANTING JOINT MOTION**
     PINNOCK, an Individual,            )   **FOR DISMISSAL WITH PREJUDICE**
12                                       )   **OF THE ACTION**
                 Plaintiffs,            )
13                                       )
          v.                            )
14                                       )
     BARBARA   WORTH   RESORT   aka)
15   BARBARA WORTH GOLF RESORT aka ;)
     BARBARA WORTH HOTEL; BIRCH TREE)
16   LODGE AND GUEST RANCH, INC., ADVENTURES)
     IN  HOSPITALITY,  INCORPORATED,  ADAMS)
17   FAMILY PARTNERSHIP, a General Partnership;)
     and DOES 1 through 10, inclusive,      )
18                                       )
                 Defendants.            )
19   _____ )

20          On December 6, 2007, a Joint Motion was made by counsel for plaintiffs 2150

21   Sigourney Jossiah-Francis Lee Association, suing on behalf of Theodore A. Pinnock and its

22   Members; and Theodore A. Pinnock, an individual ("Plaintiffs") and by counsel for defendants

23   named as BIRCH TREE LODGE AND GUEST RANCH, INC., ADVENTURES IN HOSPITALITY,

24   INCORPORATED, AND ADAMS FAMILY PARTNERSHIP, a General Partnership ("Defendants")

25   pursuant to practice and procedures of this Court and pursuant to Southern District of

26   California Local Rule 7.2.

27          The parties state that they have entered into a Settlement Agreement and General

28   Release ("Settlement Agreement") (Joint Mot. at 2:2-3).

1  Good cause appearing therefore, the Court hereby:

2  (A)   orders that this action be dismissed with prejudice in its entirety;

3  (B)   retains jurisdiction over any disputes that may arise in the future regarding the

4       Settlement Agreement, including its interpretation and enforcement; and

5  (C)   Orders that United States Magistrate Judge William McCurine, Jr. Has plenary

6       authority to decide any and all further disputes regarding the Settlement

7       Agreement, including its interpretation and enforcement.

8  **IT IS SO ORDERED.**

9

10  DATED:  December 14, 2007

11  _____
    HON. NAPOLEON A. JONES, JR.

12  United States District Judge

13

14  cc: All Parties of Record